1  Sean K. Claggett, Esq.
   Nevada Bar No. 008407
2  William T. Sykes, Esq.
   Nevada Bar No. 009916
3  Geordan G. Logan, Esq.
   Nevada Bar No. 013910
4  CLAGGETT & SYKES LAW FIRM
5  4101 Meadows Lane, Suite 100
   Las Vegas, Nevada 89107
6  (702) 655-2346 – Telephone
7  (702) 655-3763 – Facsimile
   sclaggett@claggettlaw.com
8  wsykes@claggettlaw.com
   glogan@claggettlaw.com
9

10 Zachariah B. Parry, Esq.
   Nevada Bar No. 011677
11 PARRY & PFAU
   880 Seven Hills Drive, Suite 210
12 Henderson, Nevada 89052
   (702) 879-9555 – Telephone
13 (702) 879-9556 – Facsimile
   zach@p2lawyers.com
14 *Attorneys for Plaintiff, Kim Su Myong*

UNITED STATES DISTRCT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM SU MYONG, an Individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; WARREN BARTLETT, an Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:  2:19-cv-00388-MMD-CWH<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

# STIPULATION AND ORDER TO AMEND CAPTION

Plaintiff, KIM SU MYONG, by and through his counsel of record, CLAGGETT & SYKES LAW FIRM; Defendant, HOME DEPOT U.S.A., INC., by and through its counsel of record BURHAM BROWN, hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiff is misnamed in the Complaint and **SU MYONG KIM** will be substituted into the Complaint in the place and stead of **KIM SU MYONG**.

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff will not be required to file an Amended Complaint or re-serve the Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that the caption in this matter will be amended as set forth in "**Exhibit A**" which is attached hereto and incorporated herein by this reference.

**IT IS SO STIPULATED.**

Dated: June 4, 2019              Dated: June 4, 2019

| CLAGGETT & SYKES LAW FIRM | BURHAM BROWN |
|---|---|
| /s/ Sean K. Claggett | /s/ Lynn V. Rivera |
| Sean K. Claggett, Esq.<br>William T. Sykes, Esq.<br>Geordan G. Logan, Esq.<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | Lynn Rivera, Esq.<br>200 S. Virginia St., 8th Floor<br>Reno, Nevada 89501<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

DATED: Jun 07, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that the parties' stipulation to amend the caption (ECF No. 18) is DENIED as moot.

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

CLAGGETT & SYKES LAW FIRM
4101 Meaows Lane, Suite 100
Las Vegas, Nevada 89107
702-655-2346 • Fax 702-655-3763

# EXHIBIT A

Sean K. Claggett, Esq.
Nevada Bar No. 008407
William T. Sykes, Esq.
Nevada Bar No. 009916
Geordan G. Logan, Esq.
Nevada Bar No. 013910
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
wsykes@claggettlaw.com
glogan@claggettlaw.com

Zachariah B. Parry, Esq.
Nevada Bar No. 011677
PARRY & PFAU
880 Seven Hills Drive, Suite 210
Henderson, Nevada 89052
(702) 879-9555 – Telephone
(702) 879-9556 – Facsimile
zach@p2lawyers.com
*Attorneys for Plaintiff, Kim Su Myong*

UNITED STATES DISTRCT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SU MYONG KIM, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; WARREN BARTLETT, an Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00388-MMD-CWH |