LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendants,
HOME DEPOT U.S.A., INC. AND WARREN BARTLETT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SU MYONG KIM, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign profit corporation; WARREN BARTLETT; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00388-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED, by and between Home Depot U.S.A., Inc., Warren Bartlett and Plaintiff Su Myong Kim, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own attorney's fees, costs,

///

///

///

///

///

///

///

///

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL       No. 2:19-cv-00388-MMD-DJA

and related expenses.

DATED: September 3, 2019

BURNHAM BROWN

/s/ Lynn V. Rivera
LYNN V. RIVERA
Nevada Bar No. 6797
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Attorneys for Defendants
HOME DEPOT U.S.A., INC. AND
WARREN BARTLETT

DATED: September 3, 2019

CLAGGETT & SYKES LAW FIRM

/s/ Geordan G. Logan
GEORDAN G. LOGAN
Nevada Bar No. 013910
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Attorneys for Plaintiff
KIM SU MYONG

IT IS SO ORDERED.

DATED: September 4, 2019

_____
UNITED STATES DISTRICT JUDGE

4839-2696-5922, v. 1